UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEYONNA GARLAND, | : | 1:25-cv-01318 |
| | : | |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner Of Social Security, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**
July 21, 2025

**IT IS ORDERED** that Keyonna Garland's application (*doc. 2*) to proceed *in forma pauperis* is **GRANTED.** The complaint is now deemed filed. The Clerk of Court is directed to serve Garland's complaint in accordance with Rule 3 of the Supplemental Rules for Social Security Cases and Standing Order No. 2022-26.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge